## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:     LINDSEY R. HANNIGAN <br> SEAN T. HANNIGAN | CHAPTER 7 BANKRUPTCY <br> CASE NO. 16-14201 |

### RESPONSE TO APPLICATION FOR EMPLOYMENT OF ATTORNEY SPECIALLY

COMES NOW, Selene D. Maddox, Trustee for the Bankruptcy Estate of Sean T. Hannigan and Lindsey R. Hannigan, and files her Response to Application for Employment of Attorney Specially [Doc. #25] and shows as follows:

Trustee has no objection to John Michael Bailey Injury Lawyers, P.C., by and through Brandon Scott Leslie, being employed as Special Attorney for the Trustee in this case. Movant's Application requests employment as "special attorney for the debtor", although Trustee believes the intent of the application is to be employed as special attorney for the trustee/estate. Trustee agrees employment of John Michael Baily Injury Lawyers, P.C., by and through Brandon Scott Leslie, as Special Attorney for the Trustee, is in the best interest of the Bankruptcy Estate of Sean T. Hannigan and Lindsey R. Hannigan, with compensation to be approved after proper application at the appropriate time. Further, this matter/claim may not be settled without prior approval of the Court.

WHEREFORE, Trustee prays this Court enter its order approving the employment of John Michael Baily Injury Lawyers, P.C., by and through Brandon Scott Leslie, as Special Attorney for the Trustee/Bankruptcy Estate, with compensation to be approved after proper application at the appropriate time.

Respectfully submitted, this the 25 day of February, 2017.

                                      SELENE D. MADDOX, TRUSTEE

BY: _____
       SELENE D. MADDOX MSB #1815
       Attorney For Trustee Selene D. Maddox

## CERTIFICATE OF SERVICE

I, Selene D. Maddox, Attorney for Trustee, Selene D. Maddox, do hereby certify that I have this day served a copy of the foregoing Response on the following by U.S. Mail, postage pre-paid at the address listed herein:

    Brandon Scott Leslie, Esquire
    John Michael Bailey Injury Lawyers, P.C.
    216 West Main Street
    Tupelo, MS 38804

I further certify I have caused a copy to be served on the Office of the U.S. Trustee and Tracy Buster Walsh, Attorney for Debtors, by electronic means at the address registered with CM/ECF.

This, the 25 day of February, 2017.

                                        _____
                                        Selene D. Maddox

Selene D. Maddox
Chapter 7 Trustee

Selene D. Maddox
Maddox Law Office
362 North Broadway Street
Tupelo, MS 38804
(662) 841-0061