# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| In re:<br>Sean T. Hannigan<br>Lindsey R. Hannigan<br><br>Debtor(s) | Case no.: 16-14201<br><br>Chapter 7 |

## AFFIDAVIT

STATE OF MISSISSIPPI
COUNTY OF DESOTO

Lindsey Hannigan, Joint Debtor, being duly sworn and deposed says:

1. I am the Debtor in the case herein and I have personal knowledge of the facts set forth in this Affidavit.

2. I was the Plaintiff in a personal injury case filed by Brandon Leslie, John Michael Bailey Injury Lawyers law firm. My bankruptcy schedules were amended to add this asset on January 24, 2017 and my personal injury attorney was notified about the bankruptcy by my bankruptcy attorney and myself.

3. My bankruptcy attorney sent me copies of all documents filed in the Bankruptcy Court relating to this lawsuit. I was aware of the orders being entered but did not understand all of the process involved.

4. Sometime in 2017, I received a check from Brandon Leslie's firm in the sum of about $7,400.00. There was no cover letter with it and nothing to indicate that I couldn't spend it.

5. I was not aware that any of the money I received was supposed to go to the Trustee. I was never told by anyone at John Michael Bailey Injury Lawyers that I was not to spend anything. I just know they took out Brandon's portion and sent a check for my portion.

6. I have not had any communication regarding this case with that law firm since I received the settlement check.

*/s/ Lindsey Hannigan*
Lindsey Hannigan

Sworn to and subscribed before me this the 7th day of February, 2019.

_____
NOTARY PUBLIC

(SEAL) 

CLARA L. VARGAS
Notary Public - State of Florida
Commission # FF 898892
My Comm. Expires Oct 12, 2019
Bonded through National Notary Assn.

My Commission Expires: Oct 12, 2019