IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE: LINDSEY HANNIGAN

CHAPTER 7
CAUSE NO.: 16-14201-JDW

## RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW, the undersigned, Brandon Leslie, and files this Response to Order to
Show Cause, would show unto the Court the following:

### FACTS

This matter involves the settlement of the Debtor's personal injury action resulting from a
slip and fall at a Kroger grocery store. At the time of the action, the Debtor, Lindsey Hannigan,
had filed Bankruptcy Protection under Chapter 7 of the United States Bankruptcy Code.

On or about February 15, the undersigned filed the first Application to Employ as Special
Counsel with this Honorable Court. On that date the undersigned also filed an Application for
Fee Contract. Exhibit A. The Application for Approval of Fee Contract was denied. Exhibit B.
The Court did Order the undersigned to submit an Order Approving Application for
Employment.

Through March and April 2017, the undersigned was in contact with the Trustee's office
regarding this claim and moving forward. Exhibit C. All Orders were submitted as requested.
Exhibit C.

1

On April 25, the Court directed the undersigned to submit new Orders. As can be seen from the email exchange between myself, the Trustee, and Regina Mullins, my paralegal, we were utterly confused about why our previous Orders were insufficient or what was needed to remedy the situation. Not only were we seeking assistance from the Trustee, but the email exchange on this day indicates we sought assistance from the Court clerk, as well. Exhibit D.

On April 28, 2017, the Court entered another Order directing the undersigned to submit a new proposed Order. Exhibit E. As the email exchange between myself and my paralegal indicate, at this point I am at a complete loss what the Court is requiring us to submit and why previous Orders submitted are insufficient. Exhibit E.

On May 16, 2017, the Court entered another Order denying the Application Approving Fee Contract. Exhibit F. On this date, the Court also entered an Order denying the Application to Employ. Over the next two weeks we sought to correct any deficiencies. At this point I am exacerbated and getting frustrated. As cited in an email exchange on this day "All our orders were denied." Exhibit G. On June 13, 2017, my email to the trustee states, "All my Motions and Petitions have been denied and dismissed. I called the clerk and she said there was no longer anything pending. This whole claim has confused me." Exhibit H. On June 15, 2017, we tried filing another Order, and on the following day we received another notice indicating that the Order was deficient. Exhibit I.

During this time, I was in constant contact with the Debtors and was aware of their situation. Mr. Hannigan was not able to work due to a significant injury. Their financial situation was dire. I was representing Mr. Hannigan in a worker's compensation case that was being denied, and, as such, he was not receiving any medical care or financial assistance. I was

also representing them, pro bono, on an eviction proceeding.  These were good people, and things were bad.

 At this point I was frustrated.  For five (5) months I had attempted to get this personal injury settlement approved, and everything was getting denied, and I didn't know why.  To this day, I still don't.

 On or about June 19, 2019, I disbursed to the Debtors.  The breakdown in the disbursement was as follows:

| | |
|---|---|
| Total Amount of the Settlement: | $15,000.00 |
| JMB Expenses: | $   131.52 |
| JMB Attorney Fees: | $  5,250.00 |
| Delta Rehab: | $   870.00 |
| Net Proceeds to the Client: | $  8,748.48  Exhibit J. |

At the time of disbursement, we were also under the impression that the bankruptcy had been discharged.  Internal notes from around that time indicate that the Debtor was calling our office daily to get these funds disbursed because her bankruptcy was over.  Exhibit K.  It appears that my office did look to see if it was discharged, and it appeared so.  Exhibit K.

### CONCLUSION

 I take full responsibility for disbursing these funds to the Debtors.  This was my mistake, and I sincerely apologize to this Court.  I was frustrated.  For some reason, everything that I was submitting to the Court was being rejected.  On multiple occasions, I reached out for help to both the Trustee and the Clerk.  I don't think they knew why everything was being denied.  I also had reason to believe the bankruptcy was concluded.   My failure to comply was not willful malice

towards this Court, or an effort to deceive.  I tried on multiple occasions to comply.  Meanwhile

my clients were struggling. They needed help.

I understand that I am not in compliance with this Court's rules.  I accept responsibility. I

ask for mercy, but will accept whatever sanction this Court imposes.

RESPECTFULLY SUBMITTED, this the 9th day of February, 2019.


BY:  /s/  Brandon Scott Leslie
Brandon Scott Leslie, MSBN 102171
ATTORNEY FOR THE DEBTOR

OF COUNSEL:
JOHN MICHAEL BAILEY INJURY LAWYERS
216 West Main Street
TUPELO, MS 38804
TELEPHONE:(662) 407-0090
FACSIMILE: (662) 407-0093

### CERTIFICATE OF SERVICE

I, Brandon Scott Leslie, do hereby certify that I have this day served the following, via USPS, postage pre-paid, a true and correct copy of the foregoing document upon the following:

Selene D. Maddox, Esq.
Chapter 7 Trustee
362 North Broadway Street
Tupelo, MS  38804

U.S. Trustee
100 West Capitol Street, Suite 706
Jackson, MS 39269

Tracy Buster Walsh, Esq.
Bankruptcy Attorney
6810 Crumpler Blvd., Suite 303
Olive Branch, MS  38654

SO CERTIFIED, this the 6th day of April, 2017.

/s/ Brandon Scott Leslie
Brandon Scott Leslie
MSB No.: 102171

JOHN MICHAEL BAILEY
INJURY LAWYERS, P.C.
216 WEST MAIN STREET
TUPELO, MS  38804
TELEPHONE: 662/407-0090
FACSIMILE: 662/407-0093

Attorney for Debtor

## Brandon Leslie

| | |
|---|---|
| **From:** | MSNBml_CMECF@msnb.uscourts.gov |
| **Sent:** | Wednesday, February 15, 2017 10:01 AM |
| **To:** | MSNB_Courtmail@msnb.uscourts.gov |
| **Subject:** | (CH 7) 16-14201-JDW Application for Approval of Fee Contract |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

**U.S. Bankruptcy Court**

**Northern District of Mississippi**

Notice of Electronic Filing

The following transaction was received from Brandon Scott Leslie entered on 2/15/2017 at 10:01 AM CST and filed on 2/15/2017

| | |
|---|---|
| **Case Name:** | Sean T. Hannigan and Lindsey R. Hannigan |
| **Case Number:** | 16-14201-JDW |
| **Document Number:** | 27 |

**Docket Text:**
Application for Approval of Fee Contract for Brandon Scott Leslie Filed by Brandon Scott Leslie on behalf of Lindsey R. Hannigan. (Attachments: # (1) Exhibit Contract) (Leslie, Brandon)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Application for Approval of Attorney Fee Contract.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1009998712 [Date=2/15/2017] [FileNumber=11901198-0] [383cc95d1d99c3583ccdc27e1c20961f12e86317e5e2cffd499266bf8230ad28e3 f490827613d9c432ab25a741fc4e4eed270afed538cc3f7b2f97e2321b58f0]]
**Document description:**Exhibit Contract
**Original filename:**Exhibit A - Contract.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1009998712 [Date=2/15/2017] [FileNumber=11901198-1] [bed4948cc66d84d7832a1f6e3eb5a79bc4a4905dd791e60a451fb4acaa9d6f1ff4 531559afe34bdba324a80f3beeaec92d78fb646c71f7aa4f2bbb7744c9e86c]]

**16-14201-JDW Notice will be electronically mailed to:**

Brandon Scott Leslie on behalf of Joint Debtor Lindsey R. Hannigan
brandon@calljmb.com, mwaxham@calljmb.com

Selene D. Maddox
maddoxtrusteedocuments@gmail.com, ms14@ecfcbis.com;jkeirs7@gmail.com



1

U. S. Trustee
USTPRegion05.AB.ECF@usdoj.gov

Tracy Buster Walsh on behalf of Debtor Sean T. Hannigan
tbwalsh@walshlawfirmpllc.com

Tracy Buster Walsh on behalf of Joint Debtor Lindsey R. Hannigan
tbwalsh@walshlawfirmpllc.com

**16-14201-JDW Notice will not be electronically mailed to:**

Campbell Clinic
c/o Valerie Fisher
Attorney at Law
P.O. Box 1870
Collierville, TN 38017

Hoang Nguyen
c/o Faye Longo
Attorney at Law
6520 Stage Road, #133
Bartlett, TN 38134

## Brandon Leslie

| | |
|---|---|
| **From:** | MSNBml_CMECF@msnb.uscourts.gov |
| **Sent:** | Wednesday, February 15, 2017 9:54 AM |
| **To:** | MSNB_Courtmail@msnb.uscourts.gov |
| **Subject:** | (CH 7) 16-14201-JDW Application to Employ |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

**U.S. Bankruptcy Court**

**Northern District of Mississippi**

Notice of Electronic Filing

The following transaction was received from Brandon Scott Leslie entered on 2/15/2017 at 9:53 AM CST and filed on 2/15/2017

| | |
|---|---|
| **Case Name:** | Sean T. Hannigan and Lindsey R. Hannigan |
| **Case Number:** | 16-14201-JDW |
| **Document Number:** | 25 |

**Docket Text:**
Application to Employ Brandon Scott Leslie as Attorney Specially Filed by Brandon Scott Leslie on behalf of Lindsey R. Hannigan. (Attachments: # (1) Exhibit Affidavit of Attorney) (Leslie, Brandon)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Application for Employment of Attorney Specially.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1009998712 [Date=2/15/2017] [FileNumber=11901153-0] [44bdcf76ceb0f89ce30a7ac8d7f51d80af457f03fcf44a325a52af63d1af3da18a 5591da3350441ac2fc25e8eb7941602680e9b7e102e173a648d5a0f1a84e39]]
**Document description:**Exhibit Affidavit of Attorney
**Original filename:**Exhibit A - Affidavit of Attorney.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1009998712 [Date=2/15/2017] [FileNumber=11901153-1] [9711dabfba1fbc33500817ac346de7f51bc1a6284bd1e9e2aa12a7e60a87997393 7a1244b9dbf995adf6cc8f4e883e828a4e5bf135b57e2fa80d36f2ba2e0b2b]]

**16-14201-JDW Notice will be electronically mailed to:**

Brandon Scott Leslie on behalf of Joint Debtor Lindsey R. Hannigan
brandon@calljmb.com, mwaxham@calljmb.com

Selene D. Maddox
maddoxtrusteedocuments@gmail.com, ms14@ecfcbis.com;jkeirs7@gmail.com

U. S. Trustee
USTPRegion05.AB.ECF@usdoj.gov

Tracy Buster Walsh on behalf of Debtor Sean T. Hannigan
tbwalsh@walshlawfirmpllc.com

Tracy Buster Walsh on behalf of Joint Debtor Lindsey R. Hannigan
tbwalsh@walshlawfirmpllc.com

**16-14201-JDW Notice will not be electronically mailed to:**

Campbell Clinic
c/o Valerie Fisher
Attorney at Law
P.O. Box 1870
Collierville, TN 38017

Hoang Nguyen
c/o Faye Longo
Attorney at Law
6520 Stage Road, #133
Bartlett, TN 38134

## Brandon Leslie

| | |
|---|---|
| **From:** | MSNBml_CMECF@msnb.uscourts.gov |
| **Sent:** | Tuesday, March 21, 2017 1:03 PM |
| **To:** | MSNB_Courtmail@msnb.uscourts.gov |
| **Subject:** | (CH 7) 16-14201-JDW Hearing Held |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

### U.S. Bankruptcy Court

### Northern District of Mississippi

Notice of Electronic Filing

The following transaction was received from Howell, Amanda O. entered on 3/21/2017 at 1:02 PM CDT and filed on 3/21/2017

**Case Name:**      Sean T. Hannigan and Lindsey R. Hannigan
**Case Number:**    16-14201-JDW
**Document Number:**

**Docket Text:**
Hearing Held. Application denied. (RE: related document(s)[27] Application for Approval of Fee Contract filed by Joint Debtor Lindsey R. Hannigan). Order Due by 4/4/2017 Entered on Docket by: (AOH)

The following document(s) are associated with this transaction:

**16-14201-JDW Notice will be electronically mailed to:**

Brandon Scott Leslie on behalf of Joint Debtor Lindsey R. Hannigan
brandon@calljmb.com, mwaxham@calljmb.com

Selene D. Maddox
maddoxtrusteedocuments@gmail.com, ms14@ecfcbis.com;jkeirs7@gmail.com

Selene D. Maddox on behalf of Trustee Selene D. Maddox
maddoxtrusteedocuments@gmail.com, ms14@ecfcbis.com;jkeirs7@gmail.com

U. S. Trustee
USTPRegion05.AB.ECF@usdoj.gov

Tracy Buster Walsh on behalf of Debtor Sean T. Hannigan
tbwalsh@walshlawfirmpllc.com

Tracy Buster Walsh on behalf of Joint Debtor Lindsey R. Hannigan
tbwalsh@walshlawfirmpllc.com



1

**16-14201-JDW Notice will not be electronically mailed to:**

Campbell Clinic
c/o Valerie Fisher
Attorney at Law
P.O. Box 1870
Collierville, TN 38017

Hoang Nguyen
c/o Faye Longo
Attorney at Law
6520 Stage Road, #133
Bartlett, TN 38134

## Brandon Leslie

| | |
|---|---|
| **From:** | MSNBml_CMECF@msnb.uscourts.gov |
| **Sent:** | Tuesday, March 21, 2017 1:02 PM |
| **To:** | MSNB_Courtmail@msnb.uscourts.gov |
| **Subject:** | (CH 7) 16-14201-JDW Hearing Held |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

**U.S. Bankruptcy Court**

**Northern District of Mississippi**

Notice of Electronic Filing

The following transaction was received from Howell, Amanda O. entered on 3/21/2017 at 1:01 PM CDT and filed on 3/21/2017

| | |
|---|---|
| **Case Name:** | Sean T. Hannigan and Lindsey R. Hannigan |
| **Case Number:** | 16-14201-JDW |
| **Document Number:** | |

**Docket Text:**
Hearing Held. Settled; agreed order to be submitted. Brandon Scott Leslie to submit order. (RE: related document(s)[25] Application to Employ filed by Joint Debtor Lindsey R. Hannigan). Order Due by 4/4/2017 Entered on Docket by: (AOH)

The following document(s) are associated with this transaction:

**16-14201-JDW Notice will be electronically mailed to:**

Brandon Scott Leslie on behalf of Joint Debtor Lindsey R. Hannigan
brandon@calljmb.com, mwaxham@calljmb.com

Selene D. Maddox
maddoxtrusteedocuments@gmail.com, ms14@ecfcbis.com;jkeirs7@gmail.com

Selene D. Maddox on behalf of Trustee Selene D. Maddox
maddoxtrusteedocuments@gmail.com, ms14@ecfcbis.com;jkeirs7@gmail.com

U. S. Trustee
USTPRegion05.AB.ECF@usdoj.gov

Tracy Buster Walsh on behalf of Debtor Sean T. Hannigan
tbwalsh@walshlawfirmpllc.com

Tracy Buster Walsh on behalf of Joint Debtor Lindsey R. Hannigan
tbwalsh@walshlawfirmpllc.com

**16-14201-JDW Notice will not be electronically mailed to:**

Campbell Clinic
c/o Valerie Fisher
Attorney at Law
P.O. Box 1870
Collierville, TN 38017

Hoang Nguyen
c/o Faye Longo
Attorney at Law
6520 Stage Road, #133
Bartlett, TN 38134

**Brandon Leslie**

| | |
|---|---|
| **From:** | Selene Maddox <selenemaddox@bellsouth.net> |
| **Sent:** | Tuesday, March 21, 2017 11:26 PM |
| **To:** | Brandon Leslie |
| **Subject:** | Fee contract - Hannigan |

Brandon

Judge Woodard does not approve fee contracts. He will consider and award fee after case settled, etc  upon filing an application for compensation for special counsel. I have not had a case yet where he did not approve a fee commiserate with your contract.  Your employment is approved. So, we only need an order on that motion.

Selene

Sent from my iPhone

Confidentiality Note:  This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential, or otherwise protected from disclosure.  Dissemination, distribution, or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited.  If you have received this e-mail in error, please notify us immediately (662) 841-0061-0800 or email me at:

**selenemaddox@bellsouth.net** and destroy the original message and all copies.



## Brandon Leslie

| | |
|---|---|
| **From:** | Brandon Leslie |
| **Sent:** | Tuesday, April 25, 2017 3:17 PM |
| **To:** | Selene Maddox; Regina Mullins; Michelle Hillyard |
| **Cc:** | Maddoxtrusteedocuments; Jane Keirs |
| **Subject:** | RE: Linsdey Hannigan 16-14201 |

**Importance:**        High

Thanks, Selene.  I thought this was previously done and submitted.

There is an assignment from Delta Rehab.  It was not submitted in the bankruptcy petition.  Her husband, Sean, does not have a Loss of Consortium claim with this claim, however, does have a worker's comp claim pending.

---

**From:** Selene Maddox [mailto:selenemaddox@bellsouth.net]
**Sent:** Tuesday, April 25, 2017 3:10 PM
**To:** Brandon Leslie
**Cc:** Maddoxtrusteedocuments; Jane Keirs
**Subject:** Linsdey Hannigan 16-14201

Brandon,
I never received a proposed order from you on your Applications so I have prepared an Order on each so the Court will not dismiss or strike your applications as there is an order to submit pending.  Both proposed orders are attached under one pdf.  Judge Woodard will only approve employment and not the contract, per se, or the fee, on the front end.  If you will sign approving both and return same to me by email, I will upload them to the Court.

Also attached in pdf is the most recent notice of response/hearing time on the Application to Compromise Controversy.  It appears the date certificate of service and, presumably the date notice and a copy of the application was served on all parties, was short of the 21 day notice requirement.  Please reissue proper notice and file a cert. of service with the Court.  It looks like the notice needs to go out today to provide for 21 days notice.

Also, in your application, you reference a medical bill to Delta Rehab and Sports Medicine.  Was this debt incurred prior to the bankruptcy filing? If so, was there a valid assignment executed?

The total settlement funds should be submitted to me as Trustee for the Bankruptcy Estate of Lindsey R. Hannigan.  Is there a claim by her husband, Sean T. Hannigan?  I will issue an estate check for any fees/expenses, etc., as may be ordered by the Court.

If you have any questions, please call me.

Selene
Selene D. Maddox
Maddox Law Office
362 North Broadway Street
Tupelo, MS 38804
(662) 841-0061 Phone (662) 841-0093 Fax

## Brandon Leslie

**From:** Regina Mullins
**Sent:** Friday, April 14, 2017 9:39 AM
**To:** Brandon Leslie
**Subject:** Emailing: Order Approving Attorney Fee Contract
**Attachments:** Order Approving Attorney Fee Contract.doc

**Importance:** High


Your message is ready to be sent with the following file or link attachments:

Order Approving Attorney Fee Contract


Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments.  Check your e-mail security settings to determine how attachments are handled.

**Brandon Leslie**

| | |
|---|---|
| **From:** | Selene Maddox <selenemaddox@bellsouth.net> |
| **Sent:** | Tuesday, April 25, 2017 3:26 PM |
| **To:** | Brandon Leslie; Regina Mullins; Michelle Hillyard |
| **Cc:** | Maddoxtrusteedocuments; Jane Keirs |
| **Subject:** | Re: Linsdey Hannigan 16-14201 |

Any workers comp claim, if there is no third party claim, is exempt.  I believe they disclosed that at the 341 and should have amended the schedules (I will check but I think they did).  I need a copy of the assignment.  Please email me a copy.

As to the Orders, I do not show I received a proposed order.  I did appear on Motion day these were set and announced settlement and that you would be preparing the order as we discussed.  Judge Woodard did say the court would be preparing the order on the Application for Approval of Contract, but all I saw was a docket entry that is was being denied.  Therefore, we need to submit an order on both Applications.
Thanks
Selene
Selene D. Maddox
Maddox Law Office
362 North Broadway Street
Tupelo, MS 38804
(662) 841-0061 Phone (662) 841-0093 Fax

On Tuesday, April 25, 2017 3:16 PM, Brandon Leslie <brandon@calljmb.com> wrote:

Thanks, Selene.  I thought this was previously done and submitted.

There is an assignment from Delta Rehab.  It was not submitted in the bankruptcy petition.  Her husband, Sean, does not have a Loss of Consortium claim with this claim, however, does have a worker's comp claim pending.

---

**From:** Selene Maddox [mailto:selenemaddox@bellsouth.net]
**Sent:** Tuesday, April 25, 2017 3:10 PM
**To:** Brandon Leslie
**Cc:** Maddoxtrusteedocuments; Jane Keirs
**Subject:** Linsdey Hannigan 16-14201

Brandon,
I never received a proposed order from you on your Applications so I have prepared an Order on each so the Court will not dismiss or strike your applications as there is an order to submit pending.  Both proposed orders are attached under one pdf.  Judge Woodard will only approve employment and not the contract, per se, or the fee, on the front end.  If you will sign approving both and return same to me by email, I will upload them to the Court.

Also attached in pdf is the most recent notice of response/hearing time on the Application to  Compromise Controversy.  It appears the date the certificate of service and, presumably the date notice and a copy of the application was served on all parties, was short of the 21 day notice requirement.  Please reissue proper notice and file a cert. of service with the Court.  It looks like the notice needs to go out today to provide for 21 days notice.

Also, in your application, you reference a medical bill to Delta Rehab and Sports Medicine.  Was this debt incurred prior to the bankruptcy filing?  If so, was there a valid assignment executed?

The total settlement funds should be submitted to me as Trustee for the Bankruptcy Estate of Lindsey R. Hannigan.  Is there a claim by her husband, Sean T. Hannigan?  I will issue an estate check for any fees/expenses, etc., as may be ordered by the Court.

If you have any questions, please call me.

Selene
Selene D. Maddox
Maddox Law Office
362 North Broadway Street
Tupelo, MS 38804
(662) 841-0061 Phone (662) 841-0093 Fax

## Brandon Leslie

| | |
|---|---|
| **From:** | Brandon Leslie |
| **Sent:** | Tuesday, April 25, 2017 3:37 PM |
| **To:** | Selene Maddox; Regina Mullins; Michelle Hillyard |
| **Cc:** | Maddoxtrusteedocuments; Jane Keirs |
| **Subject:** | RE: Linsdey Hannigan 16-14201 |
| **Attachments:** | Reduct Apprvl - Delta Rehab.pdf; med recs and bills - Delta Rehab.pdf |

Selene,

Attached is the assignment and the reduction approval from Delta.  My paralegal, Regina Mullins, states that the Certificate of Service was filed, and the proposed Orders were submitted.  She will be emailing you with specifics to ensure it was done/done correctly.

Brandon

**From:** Selene Maddox [mailto:selenemaddox@bellsouth.net]
**Sent:** Tuesday, April 25, 2017 3:26 PM
**To:** Brandon Leslie; Regina Mullins; Michelle Hillyard
**Cc:** Maddoxtrusteedocuments; Jane Keirs
**Subject:** Re: Linsdey Hannigan 16-14201

Any workers comp claim, if there is no third party claim, is exempt.  I believe they disclosed that at the 341 and should have amended the schedules (I will check but I think they did).  I need a copy of the assignment.  Please email me a copy.

As to the Orders, I do not show I received a proposed order.  I did appear on Motion day these were set and announced settlement and that you would be preparing the order as we discussed.  Judge Woodard did say the court would be preparing the order on the Application for Approval of Contract, but all I saw was a docket entry that is was being denied.  Therefore, we need to submit an order on both Applications.
Thanks
Selene
Selene D. Maddox
Maddox Law Office
362 North Broadway Street
Tupelo, MS 38804
(662) 841-0061 Phone (662) 841-0093 Fax

On Tuesday, April 25, 2017 3:16 PM, Brandon Leslie <brandon@calljmb.com> wrote:

Thanks, Selene.  I thought this was previously done and submitted.

There is an assignment from Delta Rehab.  It was not submitted in the bankruptcy petition.  Her husband, Sean, does not have a Loss of Consortium claim with this claim, however, does have a worker's comp claim pending.

**From:** Selene Maddox [mailto:selenemaddox@bellsouth.net]
**Sent:** Tuesday, April 25, 2017 3:10 PM
**To:** Brandon Leslie

1

**Cc:** Maddoxtrusteedocuments; Jane Keirs
**Subject:** Linsdey Hannigan 16-14201

Brandon,

I never received a proposed order from you on your Applications so I have prepared an Order on each so the Court will not dismiss or strike your applications as there is an order to submit pending. Both proposed orders are attached under one pdf. Judge Woodard will only approve employment and not the contract, per se, or the fee, on the front end. If you will sign approving both and return same to me by email, I will upload them to the Court.

Also attached in pdf is the most recent notice of response/hearing time on the Application to Compromise Controversy. It appears the date the certificate of service and, presumably the date notice and a copy of the application was served on all parties, was short of the 21 day notice requirement. Please reissue proper notice and file a cert. of service with the Court. It looks like the notice needs to go out today to provide for 21 days notice.

Also, in your application, you reference a medical bill to Delta Rehab and Sports Medicine. Was this debt incurred prior to the bankruptcy filing? If so, was there a valid assignment executed?

The total settlement funds should be submitted to me as Trustee for the Bankruptcy Estate of Lindsey R. Hannigan. Is there a claim by her husband, Sean T. Hannigan? I will issue an estate check for any fees/expenses, etc., as may be ordered by the Court.

If you have any questions, please call me.

Selene
Selene D. Maddox
Maddox Law Office
362 North Broadway Street
Tupelo, MS 38804
(662) 841-0061 Phone (662) 841-0093 Fax

## Brandon Leslie

| | |
|---|---|
| **From:** | Regina Mullins |
| **Sent:** | Tuesday, April 25, 2017 3:38 PM |
| **To:** | Brandon Leslie; Selene Maddox; Michelle Hillyard |
| **Cc:** | Maddoxtrusteedocuments; Jane Keirs |
| **Subject:** | RE: Linsdey Hannigan 16-14201 |

Hi Ms. Maddox,

We previously filed the Certificate of Service for the Notice of Hearing on 4/14/17 and attached all relevant docs... Doc 44. It was mailed to everyone on the certificate. Can you tell me what we are missing on this?

Thank you,
Regina Mullins
Paralegal to Brandon Scott Leslie

---

**From:** Brandon Leslie
**Sent:** Tuesday, April 25, 2017 3:17 PM
**To:** Selene Maddox; Regina Mullins; Michelle Hillyard
**Cc:** Maddoxtrusteedocuments; Jane Keirs
**Subject:** RE: Linsdey Hannigan 16-14201
**Importance:** High

Thanks, Selene. I thought this was previously done and submitted.

There is an assignment from Delta Rehab. It was not submitted in the bankruptcy petition. Her husband, Sean, does not have a Loss of Consortium claim with this claim, however, does have a worker's comp claim pending.

---

**From:** Selene Maddox [mailto:selenemaddox@bellsouth.net]
**Sent:** Tuesday, April 25, 2017 3:10 PM
**To:** Brandon Leslie
**Cc:** Maddoxtrusteedocuments; Jane Keirs
**Subject:** Linsdey Hannigan 16-14201

Brandon,
I never received a proposed order from you on your Applications so I have prepared an Order on each so the Court will not dismiss or strike your applications as there is an order to submit pending. Both proposed orders are attached under one pdf. Judge Woodard will only approve employment and not the contract, per se, or the fee, on the front end. If you will sign approving both and return same to me by email, I will upload them to the Court.

Also attached in pdf is the most recent notice of response/hearing time on the Application to Compromise Controversy. It appears the date the certificate of service and, presumably the date notice and a copy of the application was served on all parties, was short of the 21 day notice requirement. Please reissue proper notice and file a cert. of service with the Court. It looks like the notice needs to go out today to provide for 21 days notice.

Also, in your application, you reference a medical bill to Delta Rehab and Sports Medicine. Was this debt incurred prior to the bankruptcy filing? If so, was there a valid assignment executed?

The total settlement funds should be submitted to me as Trustee for the Bankruptcy Estate of Lindsey R. Hannigan. Is there a claim by her husband, Sean T. Hannigan? I will issue an estate check for any fees/expenses, etc., as may be ordered by the Court.

EXHIBIT

D

ALL-STATE LEGAL®

If you have any questions, please call me.

Selene
Selene D. Maddox
Maddox Law Office
362 North Broadway Street
Tupelo, MS 38804
(662) 841-0061 Phone (662) 841-0093 Fax

## Brandon Leslie

| | |
|---|---|
| **From:** | Regina Mullins |
| **Sent:** | Tuesday, April 25, 2017 4:02 PM |
| **To:** | 'Selene Maddox'; Brandon Leslie; Michelle Hillyard |
| **Cc:** | Maddoxtrusteedocuments; Jane Keirs |
| **Subject:** | RE: Linsdey Hannigan 16-14201 |

I appreciate that. I just spoke with the bankruptcy court on this.

Thank you,
Regina Mullins

**From:** Selene Maddox [mailto:selenemaddox@bellsouth.net]
**Sent:** Tuesday, April 25, 2017 4:00 PM
**To:** Regina Mullins; Brandon Leslie; Michelle Hillyard
**Cc:** Maddoxtrusteedocuments; Jane Keirs
**Subject:** Re: Linsdey Hannigan 16-14201

It appears the court issued a new notice because the certificate indicated the notice was served on 4/14/17 and that did not allow 21 days notice when responses were due 5/3/17. I just saw the Court's notice was reissued and thought I would give you a heads up.
Selene
Selene D. Maddox
Maddox Law Office
362 North Broadway Street
Tupelo, MS 38804
(662) 841-0061 Phone (662) 841-0093 Fax

On Tuesday, April 25, 2017 3:38 PM, Regina Mullins <regina@calljmb.com> wrote:

Hi Ms. Maddox,

We previously filed the Certificate of Service for the Notice of Hearing on 4/14/17 and attached all relevant docs... Doc 44. It was mailed to everyone on the certificate. Can you tell me what we are missing on this?

Thank you,
Regina Mullins
Paralegal to Brandon Scott Leslie

**From:** Brandon Leslie
**Sent:** Tuesday, April 25, 2017 3:17 PM
**To:** Selene Maddox; Regina Mullins; Michelle Hillyard
**Cc:** Maddoxtrusteedocuments; Jane Keirs
**Subject:** RE: Linsdey Hannigan 16-14201
**Importance:** High

Thanks, Selene. I thought this was previously done and submitted.

There is an assignment from Delta Rehab. It was not submitted in the bankruptcy petition. Her husband, Sean, does not have a Loss of Consortium claim with this claim, however, does have a worker's comp claim pending.

**From:** Selene Maddox [mailto:selenemaddox@bellsouth.net]
**Sent:** Tuesday, April 25, 2017 3:10 PM
**To:** Brandon Leslie
**Cc:** Maddoxtrusteedocuments; Jane Keirs
**Subject:** Linsdey Hannigan 16-14201

Brandon,
I never received a proposed order from you on your Applications so I have prepared an Order on each so the Court will not dismiss or strike your applications as there is an order to submit pending.  Both proposed orders are attached under one pdf.  Judge Woodard will only approve employment and not the contract, per se, or the fee, on the front end.  If you will sign approving both and return same to me by email, I will upload them to the Court.

Also attached in pdf is the most recent notice of response/hearing time on the Application to  Compromise Controversy.  It appears the date the certificate of service and, presumably the date notice and a copy of the application was served on all parties, was short of the 21 day notice requirement.  Please reissue proper notice and file a cert. of service with the Court.  It looks like the notice needs to go out today to provide for 21 days notice.

Also, in your application, you reference a medical bill to Delta Rehab and Sports Medicine.  Was this debt incurred prior to the bankruptcy filing? If so, was there a valid assignment executed?

The total settlement funds should be submitted to me as Trustee for the Bankruptcy Estate of Lindsey R. Hannigan.  Is there a claim by her husband, Sean T. Hannigan?  I will issue an estate check for any fees/expenses, etc., as may be ordered by the Court.

If you have any questions, please call me.

Selene
Selene D. Maddox
Maddox Law Office
362 North Broadway Street
Tupelo, MS 38804
(662) 841-0061 Phone (662) 841-0093 Fax

## Brandon Leslie

| | |
|---|---|
| **From:** | Brandon Leslie |
| **Sent:** | Tuesday, April 25, 2017 4:19 PM |
| **To:** | Selene Maddox; Regina Mullins; Michelle Hillyard |
| **Cc:** | Maddoxtrusteedocuments; Jane Keirs |
| **Subject:** | RE: Linsdey Hannigan 16-14201 |

Selene, We just called the clerk and said we missed the deadline for the 2nd Certificate of Service. If we filed today, would that be sufficient? I'm so confused.

Brandon

**From:** Selene Maddox [mailto:selenemaddox@bellsouth.net]
**Sent:** Tuesday, April 25, 2017 3:59 PM
**To:** Regina Mullins; Brandon Leslie; Michelle Hillyard
**Cc:** Maddoxtrusteedocuments; Jane Keirs
**Subject:** Re: Linsdey Hannigan 16-14201

It appears the court issued a new notice because the certificate indicated the notice was served on 4/14/17 and that did not allow 21 days notice when responses were due 5/3/17. I just saw the Court's notice was reissued and thought I would give you a heads up.
Selene
Selene D. Maddox
Maddox Law Office
362 North Broadway Street
Tupelo, MS 38804
(662) 841-0061 Phone (662) 841-0093 Fax

On Tuesday, April 25, 2017 3:38 PM, Regina Mullins <regina@calljmb.com> wrote:

Hi Ms. Maddox,

We previously filed the Certificate of Service for the Notice of Hearing on 4/14/17 and attached all relevant docs... Doc 44. It was mailed to everyone on the certificate. Can you tell me what we are missing on this?

Thank you,
Regina Mullins
Paralegal to Brandon Scott Leslie

**From:** Brandon Leslie
**Sent:** Tuesday, April 25, 2017 3:17 PM
**To:** Selene Maddox; Regina Mullins; Michelle Hillyard
**Cc:** Maddoxtrusteedocuments; Jane Keirs
**Subject:** RE: Linsdey Hannigan 16-14201
**Importance:** High

Thanks, Selene. I thought this was previously done and submitted.

There is an assignment from Delta Rehab. It was not submitted in the bankruptcy petition. Her husband, Sean, does not have a Loss of Consortium claim with this claim, however, does have a worker's comp claim pending.

**From:** Selene Maddox [mailto:selenemaddox@bellsouth.net]
**Sent:** Tuesday, April 25, 2017 3:10 PM
**To:** Brandon Leslie
**Cc:** Maddoxtrusteedocuments; Jane Keirs
**Subject:** Linsdey Hannigan 16-14201

Brandon,
I never received a proposed order from you on your Applications so I have prepared an Order on each so the Court will not dismiss or strike your applications as there is an order to submit pending.  Both proposed orders are attached under one pdf.  Judge Woodard will only approve employment and not the contract, per se, or the fee, on the front end.  If you will sign approving both and return same to me by email, I will upload them to the Court.

Also attached in pdf is the most recent notice of response/hearing time on the Application to  Compromise Controversy.  It appears the date the certificate of service and, presumably the date notice and a copy of the application was served on all parties, was short of the 21 day notice requirement.  Please reissue proper notice and file a cert. of service with the Court.  It looks like the notice needs to go out today to provide for 21 days notice.

Also, in your application, you reference a medical bill to Delta Rehab and Sports Medicine.  Was this debt incurred prior to the bankruptcy filing? If so, was there a valid assignment executed?

The total settlement funds should be submitted to me as Trustee for the Bankruptcy Estate of Lindsey R. Hannigan.  Is there a claim by her husband, Sean T. Hannigan?  I will issue an estate check for any fees/expenses, etc., as may be ordered by the Court.

If you have any questions, please call me.

Selene
Selene D. Maddox
Maddox Law Office
362 North Broadway Street
Tupelo, MS 38804
(662) 841-0061 Phone (662) 841-0093 Fax

## Brandon Leslie

| | |
|---|---|
| **From:** | MSNBml_CMECF@msnb.uscourts.gov |
| **Sent:** | Friday, April 28, 2017 9:25 AM |
| **To:** | MSNB_Courtmail@msnb.uscourts.gov |
| **Subject:** | (CH 7) 16-14201-JDW Order to Submit Proposed Order |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

### U.S. Bankruptcy Court

### Northern District of Mississippi

Notice of Electronic Filing

The following transaction was received from Diggs, Vanessa S. entered on 4/28/2017 at 9:25 AM CDT and filed on 4/28/2017

**Case Name:**      Sean T. Hannigan and Lindsey R. Hannigan
**Case Number:**   16-14201-JDW
**Document Number:** 50

**Docket Text:**
The court hereby orders and directs Brandon Scott Leslie to submit a proposed order (Re: [25] Application to Employ filed by Joint Debtor Lindsey R. Hannigan). Order Due by 5/12/2017 Entered on Docket by: (VSD)

The following document(s) are associated with this transaction:

**16-14201-JDW Notice will be electronically mailed to:**

Brandon Scott Leslie on behalf of Joint Debtor Lindsey R. Hannigan
brandon@calljmb.com, mwaxham@calljmb.com

Selene D. Maddox
maddoxtrusteedocuments@gmail.com, ms14@ecfcbis.com;jkeirs7@gmail.com

Selene D. Maddox on behalf of Trustee Selene D. Maddox
maddoxtrusteedocuments@gmail.com, ms14@ecfcbis.com;jkeirs7@gmail.com

U. S. Trustee
USTPRegion05.AB.ECF@usdoj.gov

Tracy Buster Walsh on behalf of Debtor Sean T. Hannigan
tbwalsh@walshlawfirmpllc.com

Tracy Buster Walsh on behalf of Joint Debtor Lindsey R. Hannigan
tbwalsh@walshlawfirmpllc.com



EXHIBIT

E

1

**16-14201-JDW Notice will not be electronically mailed to:**

Campbell Clinic
c/o Valerie Fisher
Attorney at Law
P.O. Box 1870
Collierville, TN 38017

Hoang Nguyen
c/o Faye Longo
Attorney at Law
6520 Stage Road, #133
Bartlett, TN 38134

## Brandon Leslie

| | |
|---|---|
| **From:** | Brandon Leslie |
| **Sent:** | Friday, April 28, 2017 9:37 AM |
| **To:** | Regina Mullins; Michelle Hillyard |
| **Subject:** | FW: (CH 7) 16-14201-JDW Order to Submit Proposed Order |

**Importance:**      High

Is there a Problem with getting them this Order?  I do not understand why I am getting these notices….

**From:** MSNBml_CMECF@msnb.uscourts.gov [mailto:MSNBml_CMECF@msnb.uscourts.gov]
**Sent:** Friday, April 28, 2017 9:21 AM
**To:** MSNB_Courtmail@msnb.uscourts.gov
**Subject:** (CH 7) 16-14201-JDW Order to Submit Proposed Order

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

### U.S. Bankruptcy Court

### Northern District of Mississippi

Notice of Electronic Filing

The following transaction was received from Diggs, Vanessa S. entered on 4/28/2017 at 9:20 AM CDT and filed on 4/28/2017
**Case Name:**           Sean T. Hannigan and Lindsey R. Hannigan
**Case Number:**      <u>16-14201-JDW</u>
**Document Number:** <u>49</u>

**Docket Text:**
FINAL REQUEST FOR ORDER!!!! The court hereby orders and directs Brandon Scott Leslie to submit a proposed order (Re: [27] Application for Approval of Fee Contract filed by Joint Debtor Lindsey R. Hannigan, [38] Application to Compromise Controversy filed by Joint Debtor Lindsey R. Hannigan). Order Due by 5/12/2017 Entered on Docket by: (VSD)

The following document(s) are associated with this transaction:

**16-14201-JDW Notice will be electronically mailed to:**

Brandon Scott Leslie on behalf of Joint Debtor Lindsey R. Hannigan
<u>brandon@calljmb.com</u>, <u>mwaxham@calljmb.com</u>



Selene D. Maddox
maddoxtrusteedocuments@gmail.com, ms14@ecfcbis.com;jkeirs7@gmail.com

Selene D. Maddox on behalf of Trustee Selene D. Maddox
maddoxtrusteedocuments@gmail.com, ms14@ecfcbis.com;jkeirs7@gmail.com

U. S. Trustee
USTPRegion05.AB.ECF@usdoj.gov

Tracy Buster Walsh on behalf of Debtor Sean T. Hannigan
tbwalsh@walshlawfirmpllc.com

Tracy Buster Walsh on behalf of Joint Debtor Lindsey R. Hannigan
tbwalsh@walshlawfirmpllc.com

**16-14201-JDW Notice will not be electronically mailed to:**

Campbell Clinic
c/o Valerie Fisher
Attorney at Law
P.O. Box 1870
Collierville, TN 38017

Hoang Nguyen
c/o Faye Longo
Attorney at Law
6520 Stage Road, #133
Bartlett, TN 38134

## Brandon Leslie

| | |
|---|---|
| **From:** | Brandon Leslie |
| **Sent:** | Friday, April 28, 2017 9:38 AM |
| **To:** | Michelle Hillyard; Regina Mullins |
| **Subject:** | FW: (CH 7) 16-14201-JDW Order to Submit Proposed Order |

Another notice to submit an order

**From:** MSNBml_CMECF@msnb.uscourts.gov [mailto:MSNBml_CMECF@msnb.uscourts.gov]
**Sent:** Friday, April 28, 2017 9:25 AM
**To:** MSNB_Courtmail@msnb.uscourts.gov
**Subject:** (CH 7) 16-14201-JDW Order to Submit Proposed Order

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

### U.S. Bankruptcy Court

### Northern District of Mississippi

Notice of Electronic Filing

The following transaction was received from Diggs, Vanessa S. entered on 4/28/2017 at 9:25 AM CDT and filed on 4/28/2017

| | |
|---|---|
| **Case Name:** | Sean T. Hannigan and Lindsey R. Hannigan |
| **Case Number:** | 16-14201-JDW |
| **Document Number:** | 50 |

**Docket Text:**
The court hereby orders and directs Brandon Scott Leslie to submit a proposed order (Re: [25] Application to Employ filed by Joint Debtor Lindsey R. Hannigan). Order Due by 5/12/2017 Entered on Docket by: (VSD)

The following document(s) are associated with this transaction:

**16-14201-JDW Notice will be electronically mailed to:**

Brandon Scott Leslie on behalf of Joint Debtor Lindsey R. Hannigan
brandon@calljmb.com, mwaxham@calljmb.com

Selene D. Maddox
maddoxtrusteedocuments@gmail.com, ms14@ecfcbis.com;jkeirs7@gmail.com

Selene D. Maddox on behalf of Trustee Selene D. Maddox

maddoxtrusteedocuments@gmail.com, ms14@ecfcbis.com;jkeirs7@gmail.com

U. S. Trustee
USTPRegion05.AB.ECF@usdoj.gov

Tracy Buster Walsh on behalf of Debtor Sean T. Hannigan
tbwalsh@walshlawfirmpllc.com

Tracy Buster Walsh on behalf of Joint Debtor Lindsey R. Hannigan
tbwalsh@walshlawfirmpllc.com

**16-14201-JDW Notice will not be electronically mailed to:**

Campbell Clinic
c/o Valerie Fisher
Attorney at Law
P.O. Box 1870
Collierville, TN 38017

Hoang Nguyen
c/o Faye Longo
Attorney at Law
6520 Stage Road, #133
Bartlett, TN 38134

## Brandon Leslie

| | |
|---|---|
| **From:** | Brandon Leslie |
| **Sent:** | Tuesday, May 16, 2017 4:53 PM |
| **To:** | Regina Mullins |
| **Subject:** | FW: (CH 7) 16-14201-JDW Order on Application for Approval of Fee Contract |

**From:** MSNBml_CMECF@msnb.uscourts.gov [mailto:MSNBml_CMECF@msnb.uscourts.gov]
**Sent:** Tuesday, May 16, 2017 4:50 PM
**To:** MSNB_Courtmail@msnb.uscourts.gov
**Subject:** (CH 7) 16-14201-JDW Order on Application for Approval of Fee Contract

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

### U.S. Bankruptcy Court

### Northern District of Mississippi

Notice of Electronic Filing

The following transaction was received from Diggs, Vanessa entered on 5/16/2017 at 4:49 PM CDT and filed on 5/16/2017

| | |
|---|---|
| **Case Name:** | Sean T. Hannigan and Lindsey R. Hannigan |
| **Case Number:** | 16-14201-JDW |
| **Document Number:** | 57 |

**Docket Text:**
Order Denying Application Approving Fee Contract for (Related Doc # [27]) Entered on Docket by: (VSD)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** hannigan2.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1009998712 [Date=5/16/2017] [FileNumber=12124331-0] [5aefb9c65762bc9e7e49f78d032eccd61473392e236d7af86742583534ce1a9eba 1aec87460c61f7c8e31adc6b51c6585a03952268c7ee45eff6877ec1203fb2]]

**16-14201-JDW Notice will be electronically mailed to:**

Brandon Scott Leslie on behalf of Joint Debtor Lindsey R. Hannigan



brandon@calljmb.com, mwaxham@calljmb.com

Selene D. Maddox
maddoxtrusteedocuments@gmail.com, ms14@ecfcbis.com;jkeirs7@gmail.com

Selene D. Maddox on behalf of Trustee Selene D. Maddox
maddoxtrusteedocuments@gmail.com, ms14@ecfcbis.com;jkeirs7@gmail.com

U. S. Trustee
USTPRegion05.AB.ECF@usdoj.gov

Tracy Buster Walsh on behalf of Debtor Sean T. Hannigan
tbwalsh@walshlawfirmpllc.com

Tracy Buster Walsh on behalf of Joint Debtor Lindsey R. Hannigan
tbwalsh@walshlawfirmpllc.com

**16-14201-JDW Notice will not be electronically mailed to:**

Campbell Clinic
c/o Valerie Fisher
Attorney at Law
P.O. Box 1870
Collierville, TN 38017

Hoang Nguyen
c/o Faye Longo
Attorney at Law
6520 Stage Road, #133
Bartlett, TN 38134

## Brandon Leslie

| | |
|---|---|
| **From:** | Brandon Leslie |
| **Sent:** | Tuesday, May 16, 2017 4:53 PM |
| **To:** | Regina Mullins |
| **Subject:** | FW: (CH 7) 16-14201-JDW Order on Application to Employ |

---

**From:** MSNBml_CMECF@msnb.uscourts.gov [mailto:MSNBml_CMECF@msnb.uscourts.gov]
**Sent:** Tuesday, May 16, 2017 4:38 PM
**To:** MSNB_Courtmail@msnb.uscourts.gov
**Subject:** (CH 7) 16-14201-JDW Order on Application to Employ

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

### U.S. Bankruptcy Court

### Northern District of Mississippi

Notice of Electronic Filing

The following transaction was received from Diggs, Vanessa entered on 5/16/2017 at 4:37 PM CDT and filed on 5/16/2017

**Case Name:**     Sean T. Hannigan and Lindsey R. Hannigan
**Case Number:**     16-14201-JDW
**Document Number:** 56

**Docket Text:**
Order Denying Application to Employ (Related Doc # [25]) Entered on Docket by: (VSD)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** hannigan.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1009998712 [Date=5/16/2017] [FileNumber=12124213-0] [60a921da40ea906a04630de1690f3d7c7ba76e9ad2b0645a8e2aa90e5504cb2ffe bc04b9f2172d84e528f4f61c1a9dee26372fe8ad4ecac34b02269c099e3daf]]

**16-14201-JDW Notice will be electronically mailed to:**

Brandon Scott Leslie on behalf of Joint Debtor Lindsey R. Hannigan

brandon@calljmb.com, mwaxham@calljmb.com

Selene D. Maddox
maddoxtrusteedocuments@gmail.com, ms14@ecfcbis.com;jkeirs7@gmail.com

Selene D. Maddox on behalf of Trustee Selene D. Maddox
maddoxtrusteedocuments@gmail.com, ms14@ecfcbis.com;jkeirs7@gmail.com

U. S. Trustee
USTPRegion05.AB.ECF@usdoj.gov

Tracy Buster Walsh on behalf of Debtor Sean T. Hannigan
tbwalsh@walshlawfirmpllc.com

Tracy Buster Walsh on behalf of Joint Debtor Lindsey R. Hannigan
tbwalsh@walshlawfirmpllc.com

**16-14201-JDW Notice will not be electronically mailed to:**

Campbell Clinic
c/o Valerie Fisher
Attorney at Law
P.O. Box 1870
Collierville, TN 38017

Hoang Nguyen
c/o Faye Longo
Attorney at Law
6520 Stage Road, #133
Bartlett, TN 38134

## Brandon Leslie

| | |
|---|---|
| **From:** | Regina Mullins |
| **Sent:** | Friday, June 02, 2017 11:35 AM |
| **To:** | Brandon Leslie |
| **Cc:** | Melanie Waxham; Michelle Hillyard; Robin Griffin |
| **Subject:** | RE: (CH 7) 16-14201-JDW Notice to Resubmit Order |

Is this the one to approve sett?  I don't recall uploading one.

**From:** Brandon Leslie
**Sent:** Friday, June 2, 2017 11:09 AM
**To:** Regina Mullins
**Cc:** Melanie Waxham; Michelle Hillyard; Robin Griffin
**Subject:** Re: (CH 7) 16-14201-JDW Notice to Resubmit Order

All our Orders were denied

Sent from my iPhone

On Jun 2, 2017, at 11:08 AM, Regina Mullins <regina@calljmb.com> wrote:

> I haven't filed anything... I'm not sure
>
> **From:** Melanie Waxham
> **Sent:** Friday, June 2, 2017 11:07 AM
> **To:** Michelle Hillyard; Robin Griffin; Regina Mullins; Brandon Leslie
> **Subject:** FW: (CH 7) 16-14201-JDW Notice to Resubmit Order
>
> Not sure who was the one submitting these so I am sending to everyone.
>
>
> *Melanie Waxham*
> Paralegal
> John Michael Bailey Injury Lawyers
> 5978 Knight Arnold Road, Suite 400
> Memphis, Tennessee 38115
> Office: 901.529.1111
> Direct: 901.507.3726
> Fax: 901.529.1017
> <image001.jpg>



**From:** MSNBml_CMECF@msnb.uscourts.gov [mailto:MSNBml_CMECF@msnb.uscourts.gov]
**Sent:** Thursday, June 01, 2017 3:59 PM
**To:** MSNB_Courtmail@msnb.uscourts.gov
**Subject:** (CH 7) 16-14201-JDW Notice to Resubmit Order


**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States
policy permits attorneys of record and parties in a case (including pro se litigants) to**

receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

### U.S. Bankruptcy Court

### Northern District of Mississippi

Notice of Electronic Filing

The following transaction was received from Diggs, Vanessa S. entered on 6/1/2017 at 3:59 PM CDT and filed on 6/1/2017

**Case Name:**     Sean T. Hannigan and Lindsey R. Hannigan
**Case Number:**   16-14201-JDW
**Document Number:**

**Docket Text:**
NOTICE TO RESUBMIT ORDER Due From Brandon Scott Leslie **The Order Submitted is Not in the Proper Format for E-Orders. PLEASE REFER TO THE COURTS WEBSITE WWW.MSNB.USCOURTS.GOV FOR FURTHER INFORMATION REGARDING E-ORDERS. FILER IS DIRECTED TO REPLACE THE E-ORDER WITH CORRECTED PDF ATTACHMENT.**
(RE: related document(s)[38] Application to Compromise Controversy filed by Joint Debtor Lindsey R. Hannigan). Proposed Order due 6/8/2017. Entered on Docket by: (VSD)

The following document(s) are associated with this transaction:

**16-14201-JDW Notice will be electronically mailed to:**

Brandon Scott Leslie on behalf of Spec. Counsel Brandon S. Leslie
brandon@calljmb.com, mwaxham@calljmb.com

Selene D. Maddox
maddoxtrusteedocuments@gmail.com, ms14@ecfcbis.com;jkeirs7@gmail.com

Selene D. Maddox on behalf of Trustee Selene D. Maddox
maddoxtrusteedocuments@gmail.com, ms14@ecfcbis.com;jkeirs7@gmail.com

U. S. Trustee
USTPRegion05.AB.ECF@usdoj.gov

Tracy Buster Walsh on behalf of Debtor Sean T. Hannigan
tbwalsh@walshlawfirmpllc.com

Tracy Buster Walsh on behalf of Joint Debtor Lindsey R. Hannigan
tbwalsh@walshlawfirmpllc.com

**16-14201-JDW Notice will not be electronically mailed to:**

Campbell Clinic
c/o Valerie Fisher
Attorney at Law
P.O. Box 1870
Collierville, TN 38017

Hoang Nguyen
c/o Faye Longo
Attorney at Law
6520 Stage Road, #133
Bartlett, TN 38134

## Brandon Leslie

| | |
|---|---|
| **From:** | Brandon Leslie |
| **Sent:** | Tuesday, June 13, 2017 2:16 PM |
| **To:** | maddoxtrusteedocuments |
| **Subject:** | RE: (CH 7) 16-14201-JDW Order to Submit Proposed Order |

All of my Motions and petitions have been denied and dismissed. I called the clerk and she said that there was no longer anything pending. This whole claim has confused me.

---

**From:** maddoxtrusteedocuments [mailto:maddoxtrusteedocuments@gmail.com]
**Sent:** Tuesday, June 13, 2017 1:44 PM
**To:** Brandon Leslie
**Subject:** Fwd: (CH 7) 16-14201-JDW Order to Submit Proposed Order

ORDER DUE?!

Selene D. Maddox
Maddox Law Office
362 North Broadway Street
Tupelo, MS 38804
(662) 841-0061

Sent from my iPad

Begin forwarded message:

> **From:** MSNBml_CMECF@msnb.uscourts.gov
> **Date:** June 13, 2017 at 1:33:12 PM CDT
> **To:** MSNB_Courtmail@msnb.uscourts.gov
> **Subject: (CH 7) 16-14201-JDW Order to Submit Proposed Order**
>
> **\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

### U.S. Bankruptcy Court

### Northern District of Mississippi

Notice of Electronic Filing

The following transaction was received from Diggs, Vanessa S. entered on 6/13/2017 at 1:33 PM CDT and filed on 6/13/2017

| | |
|---|---|
| **Case Name:** | Sean T. Hannigan and Lindsey R. Hannigan |
| **Case Number:** | 16-14201-JDW |
| **Document Number:** | 60 |



1

**Docket Text:**

FINAL REQUEST FOR ORDER. The court hereby orders and directs Brandon Scott Leslie to submit a proposed order (Re: [38] Application to Compromise Controversy filed by Joint Debtor Lindsey R. Hannigan). Order Due by 6/27/2017 Entered on Docket by: (VSD)

The following document(s) are associated with this transaction:

**16-14201-JDW Notice will be electronically mailed to:**

Brandon Scott Leslie on behalf of Spec. Counsel Brandon S. Leslie
brandon@calljmb.com, mwaxham@calljmb.com

Selene D. Maddox
maddoxtrusteedocuments@gmail.com, ms14@ecfcbis.com;jkeirs7@gmail.com

Selene D. Maddox on behalf of Trustee Selene D. Maddox
maddoxtrusteedocuments@gmail.com, ms14@ecfcbis.com;jkeirs7@gmail.com

U. S. Trustee
USTPRegion05.AB.ECF@usdoj.gov

Tracy Buster Walsh on behalf of Debtor Sean T. Hannigan
tbwalsh@walshlawfirmpllc.com

Tracy Buster Walsh on behalf of Joint Debtor Lindsey R. Hannigan
tbwalsh@walshlawfirmpllc.com

**16-14201-JDW Notice will not be electronically mailed to:**

Campbell Clinic
c/o Valerie Fisher
Attorney at Law
P.O. Box 1870
Collierville, TN 38017

Hoang Nguyen
c/o Faye Longo
Attorney at Law
6520 Stage Road, #133
Bartlett, TN 38134

## Brandon Leslie

| | |
|---|---|
| **From:** | Brandon Leslie |
| **Sent:** | Thursday, June 15, 2017 4:04 PM |
| **To:** | Regina Mullins |
| **Subject:** | RE: (CH 7) 16-14201-JDW Order to Submit Proposed Order |
| **Attachments:** | Ltr from Bankruptcy Court with Petition For Approval of Compromise & Settlement.pdf; draft Order Granting Compromise and Settlement. Bankruptcy.doc |

Try filing this.  Draft Order

**From:** Regina Mullins
**Sent:** Tuesday, June 13, 2017 4:44 PM
**To:** Brandon Leslie
**Subject:** RE: (CH 7) 16-14201-JDW Order to Submit Proposed Order

What does the new Order need to say?

**From:** Brandon Leslie
**Sent:** Tuesday, June 13, 2017 2:17 PM
**To:** Regina Mullins
**Subject:** FW: (CH 7) 16-14201-JDW Order to Submit Proposed Order

I guess we must enter an order…

**From:** MSNBml_CMECF@msnb.uscourts.gov [mailto:MSNBml_CMECF@msnb.uscourts.gov]
**Sent:** Tuesday, June 13, 2017 1:33 PM
**To:** MSNB_Courtmail@msnb.uscourts.gov
**Subject:** (CH 7) 16-14201-JDW Order to Submit Proposed Order

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

### U.S. Bankruptcy Court

### Northern District of Mississippi

Notice of Electronic Filing

The following transaction was received from Diggs, Vanessa S. entered on 6/13/2017 at 1:33 PM CDT and filed on 6/13/2017

| | |
|---|---|
| **Case Name:** | Sean T. Hannigan and Lindsey R. Hannigan |
| **Case Number:** | 16-14201-JDW |
| **Document Number:** | 60 |



**Docket Text:**
FINAL REQUEST FOR ORDER. The court hereby orders and directs Brandon Scott Leslie to submit a proposed order (Re: [38] Application to Compromise Controversy filed by Joint Debtor Lindsey R. Hannigan). Order Due by 6/27/2017 Entered on Docket by: (VSD)

The following document(s) are associated with this transaction:


**16-14201-JDW Notice will be electronically mailed to:**

Brandon Scott Leslie on behalf of Spec. Counsel Brandon S. Leslie
brandon@calljmb.com, mwaxham@calljmb.com

Selene D. Maddox
maddoxtrusteedocuments@gmail.com, ms14@ecfcbis.com;jkeirs7@gmail.com

Selene D. Maddox on behalf of Trustee Selene D. Maddox
maddoxtrusteedocuments@gmail.com, ms14@ecfcbis.com;jkeirs7@gmail.com

U. S. Trustee
USTPRegion05.AB.ECF@usdoj.gov

Tracy Buster Walsh on behalf of Debtor Sean T. Hannigan
tbwalsh@walshlawfirmpllc.com

Tracy Buster Walsh on behalf of Joint Debtor Lindsey R. Hannigan
tbwalsh@walshlawfirmpllc.com

**16-14201-JDW Notice will not be electronically mailed to:**

Campbell Clinic
c/o Valerie Fisher
Attorney at Law
P.O. Box 1870
Collierville, TN 38017

Hoang Nguyen
c/o Faye Longo
Attorney at Law
6520 Stage Road, #133
Bartlett, TN 38134

## Brandon Leslie

| | |
|---|---|
| From: | MSNBml_CMECF@msnb.uscourts.gov |
| Sent: | Friday, June 16, 2017 1:56 PM |
| To: | MSNB_Courtmail@msnb.uscourts.gov |
| Subject: | (CH 7) 16-14201-JDW Notice to Resubmit Order |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

### U.S. Bankruptcy Court

### Northern District of Mississippi

Notice of Electronic Filing

The following transaction was received from Birks, Lisa J. entered on 6/16/2017 at 1:56 PM CDT and filed on 6/16/2017

Case Name:      Sean T. Hannigan and Lindsey R. Hannigan

Case Number:    16-14201-JDW

Document Number:

**Docket Text:**
NOTICE TO RESUBMIT ORDER Due From Brandon Scott Leslie **Incorrect PDF Image attached to the docket entry. LOCAL RULE 5005-1 (a)(2)(H)(i) REQUIRES COUNSEL IDENTIFICATION ON EVERY PROPOSED ORDER SUBMITTED TO THE COURT. THE FILER IS DIRECTED TO REFILE THE PROPOSED ORDER WITH THE APPROPRIATE COUNSEL IDENTIFICATION TO INCLUDE THE ATTORNEY(S) NAME, COMPLETE ADDRESS (STREET ADDRESS AND POST OFFICE BOX NUMBER), TELEPHONE NUMBER, EMAIL ADDRESS, AND MS BAR NUMBER.** (RE: related document(s)[38] Application to Compromise Controversy filed by Joint Debtor Lindsey R. Hannigan). Proposed Order due 6/23/2017. Entered on Docket by: (LJB)

The following document(s) are associated with this transaction:

**16-14201-JDW Notice will be electronically mailed to:**

Brandon Scott Leslie on behalf of Spec. Counsel Brandon S. Leslie
brandon@calljmb.com, mwaxham@calljmb.com

Selene D. Maddox
maddoxtrusteedocuments@gmail.com, ms14@ecfcbis.com;jkeirs7@gmail.com

Selene D. Maddox on behalf of Trustee Selene D. Maddox
maddoxtrusteedocuments@gmail.com, ms14@ecfcbis.com;jkeirs7@gmail.com

U. S. Trustee
USTPRegion05.AB.ECF@usdoj.gov

Tracy Buster Walsh on behalf of Debtor Sean T. Hannigan

1

tbwalsh@walshlawfirmpllc.com

Tracy Buster Walsh on behalf of Joint Debtor Lindsey R. Hannigan
tbwalsh@walshlawfirmpllc.com

**16-14201-JDW Notice will not be electronically mailed to:**

Campbell Clinic
c/o Valerie Fisher
Attorney at Law
P.O. Box 1870
Collierville, TN 38017

Hoang Nguyen
c/o Faye Longo
Attorney at Law
6520 Stage Road, #133
Bartlett, TN 38134

232334 / Hannigan, Mrs. Lindsey

## Settlement Memorandum

### Recovery:

| | | |
|---|---|---:|
| SET | Sedgwick CMS | $ 15,000.00 |
| | | $ 15,000.00 |

### DEDUCT AND RETAIN TO PAY:

John Michael Bailey Injury Lawyers, P.C.

| | | |
|---|---:|---:|
| GERG Inv # a0S0M00000I0Drw | $ 20.00 | |
| GERG Inv. # a0S0M00000HzXHx | $ 20.00 | |
| iod incorporated; Pre-Payment for Lindsey Hannigan | $ 21.85 | |
| iod incorporated; Pre-Payment for Records | $ 19.67 | |
| MRG Inv#a0S0M00000I00N8 | $ 25.00 | |
| MRG Invoice # a0S0M00000HzXHE | $ 25.00 | |
| **Total due John Michael Bailey Injury Lawyers, P.C** | | $ 131.52 |

### DEDUCT AND RETAIN TO PAY TO OTHERS:

| | | |
|---|---:|---:|
| Delta Rehabilitation and Sports Medicine | $ 870.00 | |
| JMB, | $ 5,250.00 | |
| **Total due Others** | | $ 6,120.00 |

| | |
|---|---:|
| **Total Deductions** | $ 6,251.52 |
| **Total Amount Due To Client** | $ 8,748.48 |
| **Less Previously Paid To Client** | $ 0.00 |
| **Net Amount Due Client** | $ 8,748.48 |

I hereby approve and accept the above settlement and distribution of the proceeds as it is set out above. I confirm by my signature hereunder that the case was settled at my direction and to my satisfaction. I further understand that I am responsible for payment on any bills that are not listed above, and that unless a doctor or other bill is listed as being paid, that John Michael Bailey Injury Lawyers P.C. is not paying it. I understand that any bills not listed as being paid have not been paid and that it is not the responsibility of John Michael Bailey Injury Lawyers P.C. to pay any unlisted bills. I have further been informed that for certain of my bills which were incurred for this accident and which are not being paid out of this settlement, that there may or may not be a claim, a subrogation interest, and/or a right of reimbursement to certain third party providers, particularly health or other insurance providers. I understand that these claims, subrogation interests or reimbursement rights, if any there be, are not the responsibility of John Michael Bailey Injury Lawyers P.C. to pay and that by my signature hereunder I certify that I understand that it is my responsibility to pay these. By my signature hereunder I certify that I completely release John Michael Bailey Injury Lawyers P.C. from the obligation to pay any bills not listed herein and further release and hold John Michael Bailey Injury Lawyers P.C. harmless for the payments of any bills not listed herein. I certify by my signature hereunder that John Michael Bailey Injury Lawyers P.C. has fully explained to me that John Michael Bailey Injury Lawyers P.C. has an obligation to pay certain bills for which it has been put on notice and that for other bills it is my choice either to pay the bills from this settlement or to make my own payment arrangements. I, therefore, by my signature hereunder certify that all the bills that I wish to be paid from this settlement are being paid, and that if any bill is not listed it is by my specific choice and that I release and hold John Michael Bailey Injury Lawyers P.C. harmless from the payment of that bill.

Date: _____    Name: _____

**EXHIBIT**

J

Hannigan, Mrs. Lindsey
Case #: 232334  ( )

Case Type: P   Class: CWF   Assigned: HILLYARD

LIM Date: 5/23/2017
Date Opened: 8/25/2016

2/9/2019  01:15 PM

Page 1 of 1

## Case Note - Page 127 of 134

**Date:** 05/24/2017  04:22 PM   **Staff:** REGINA      **Topic:** Posted Message

To: BRANDON
CC: HILLYARD
Taken By: REGINA
Date: 5/24/2017      Time: 04:22 pm
From:
Firm:
Phone:      Extension:

I hear ya.
=========================
Original message was taken by BRANDON on 5/24/2017 at 04:30 pm for REGINA; HILLYARD

Screw this. Lindsey calling every day. BK discharged. I'm just giving her the money. Turning in the
settlement memo.  But we need to figure out HOW to do this properly for next time.  This was a
nightmare.

<< Posted to case by BRANDON on 5/24/2017 04:30 pm >>

